IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re: DMCA Subpoena to GoDaddy.com, LLC. | : <br> : <br> : Case No. 1:16-mc-00024 <br> : <br> : Brenda Hamilton's Request to the Clerk for <br> : Issuance of Subpoena to GoDaddy.com, <br> : LLC, Pursuant to 17 U.S.C. § 512(h) to <br> : Identify Alleged Infringer <br> : |

Petitioner, Brenda Hamilton ("Ms. Hamilton"), through her undersigned counsel of record, requests that the Clerk of this Court issue a subpoena to GoDaddy.com, LLC ("GoDaddy") to identify an alleged copyright infringer, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "DMCA Subpoena"). A proposed DMCA Subpoena is attached.

Ms. Hamilton has satisfied the requirements of the issuance of a subpoena pursuant to 17 U.S.C. § 512(h) by:

(1) Filing a copy of the notification sent to GoDaddy.com, pursuant to 17 U.S.C. § 512(c)(3)(A), attached to the Declaration of Colleen Devanney as Exhibit 1;

(2) Filing the proposed DMCA Subpoena; and

(3) Filing a sworn declaration confirming that the purpose of the DMCA Subpoena is to obtain the identity of the alleged infringer and that the information obtained will only be used for the purpose of protecting Ms. Hamilton's rights under 17 U.S.C. § 101, *et seq.*

As Ms. Hamilton has complied with the statutory requirements, Ms. Hamilton respectfully requests that the Clerk issue the proposed DMCA subpoena, pursuant to 17 U.S.C. 512(h)(4).

Dated: September 15, 2016

Respectfully submitted,

/s/ Colleen M. Devanney
Colleen M. Devanney (0083795)
Adam C. Sherman (0076850)
Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street, Suite 3500
Cincinnati, Ohio 45202
Telephone: (513) 842-8123
Facsimile: (513) 852-7828
cmdevanney@vorys.com

*Counsel for Petitioner Brenda Hamilton*