UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Brenda Hamilton,
    Plaintiff(s),

v.      Case No. 1:16mc24
       ( J. Barrett ; Litkovitz M.J.)

John Doe,
    Defendant(s).

## CIVIL MINUTES
### STATUS CONFERENCE (via telephone)

**HONORABLE KAREN L. LITKOVITZ, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** Jonathan Pyles
**COURT REPORTER:** none present
**DATE:** December 20, 2016     **TIME:** 9:30 am

Attorney for Plaintiff(s):     Attorney for Defendant(s):

Adam Sherman     Douglas Feichtner
Colleen DeVanney     Kurt Hunt

**PROCEDURES**

__X__ Counsel Present.

_____ Order to issue.

Remarks: Court clarified with the parties whether or not action was required on request to Clerk to Issue Subpoena in light of (Doc. 6) Δ's withdrawal of (Doc. 3) mot. to quash subpoena. Clerk of Court to issue subpoena (Attachment #1-) (Doc. 1)